UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Mag. No. 16-7077   (CW)

v.

JUAN CARLOS ERAZO RODRIGUEZ

ORDER FOR CONTINUANCE

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendant Juan Carlos Erazo Rodriguez (Joseph A. Ferrante, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days, from February 22, 2017 through April 23, 2017; the defendant being aware that he has the right to have this matter submitted to a grand jury within thirty (30) days of his initial appearance; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown, IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties are negotiating a plea disposition, which if successfully negotiated, would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

5. This is the fifth continuance order requested in the case.

WHEREFORE, it is on this 27 day of Feb 2017, ORDERED that the proceedings in the above-captioned matter are continued for the sixty-day period from February 22, 2017 through April 23, 2017; and

IT IS FURTHER ORDERED that the period from February 22, 2017 through April 23, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Cathy L. Waldor
United States Magistrate Judge

I hereby consent to the
form and entry of this order

_____
Joseph A. Ferrante, Esq.
Attorney for Juan Carlos Erazo Rodriguez

_____
Sharon Ashe, Esq.
Assistant United States Attorney

_____
Ronnell Wilson, Esq., Chief, OCDETF and
Narcotics Division

_____
John Gay, Esq., Deputy Chief
Criminal Division